IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON, | 1:07-CV-0277 LJO SMS HC |
| Petitioner, | |
| vs. | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| ARNOLD SCHWARZENEGGER, | (DOCUMENT #3) |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's prison trust account statement. Examination of these documents reveals that petitioner is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED. See 28 U.S.C. § 1915.

IT IS SO ORDERED.

**Dated:   March 15, 2007**          /s/ Sandra M. Snyder
23ehd0                              UNITED STATES MAGISTRATE JUDGE