# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON, ) | 1:07-CV-00277 LJO SMS HC |
| ) | |
| Petitioner, ) | ORDER DENYING PETITIONER'S |
| ) | SECOND MOTION TO VACATE AND |
| v. ) | ALTER JUDGMENT |
| ) | |
| ARNOLD SCHWARZENEGGER, ) | [Doc. #21] |
| ) | |
| Respondent. ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On April 11, 2007, this Court denied the petition with prejudice and entered judgment for Respondent. On April 19, 2007, Petitioner filed a motion for rehearing, new trial, and to vacate and alter judgment pursuant to Rule 59 of the Federal Rules of Civil Procedure. The Court denied the motion on April 26, 2007. Petitioner then filed a second motion to vacate on April 27, 2007. For the same reasons expressed in the order of April 26, 2007, Petitioner's second motion is DENIED WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:   May 7, 2007**                             **/s/ Lawrence J. O'Neill**
                                                                         UNITED STATES DISTRICT JUDGE