UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODERICK WASHINGTON, | ) | 1:07-CV-00277 LJO SMS HC |
| Petitioner, | ) ) | ORDER STRIKING PETITIONER'S MOTION TO VACATE JUDGMENT |
| v. | ) ) | [Doc. #29] |
| ARNOLD SCHWARZENEGGER, | ) ) | |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 16, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be dismissed with prejudice for failure to state a cognizable claim for relief. On April 11, 2007, the undersigned adopted the Findings and Recommendation in full, dismissed the case with prejudice, and directed that judgment be entered.  The Clerk of Court entered judgment on the same date.

On April 19, 2007, Petitioner filed a motion to vacate judgment. On April 26, 2007, the undersigned denied said motion to vacate judgment. On April 27, 2007, Petitioner filed a second motion to vacate judgment. That motion was denied on May 8, 2007.

On May 4 and 17, 2007, Petitioner filed notices of appeal to the Ninth Circuit Court of

1  Appeals. On August 1, 2007, the Ninth Circuit denied the appeal.

2       Now, on December 13, 2007, Petitioner presents a third motion to vacate judgment.

3  Petitioner is advised that the Court has considered his arguments on those several prior occasions

4  listed above. The Ninth Circuit has also considered his arguments and rejected them. Petitioner is

5  advised that this case is closed and no further filings will be permitted within.

6       Accordingly, Petitioner's Motion to Vacate Judgment is hereby STRICKEN.

7  IT IS SO ORDERED.

8  **Dated:   December 19, 2007**            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE