UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON, ) | 1:07-CV-00277 LJO SMS HC |
| ) | |
| Petitioner, ) | ORDER STRIKING NOTICE OF APPEAL [Doc. #36] |
| v. ) | |
| ) | ORDER STRIKING MOTION FOR CERTIFICATE OF APPEALABILITY [Doc. #37] |
| ARNOLD SCHWARZENEGGER, ) | |
| ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On December 19, 2007, the District Court issued an order striking Petitioner's motion to vacate judgment. Petitioner filed a notice of appeal and motion for certificate of appealability on December 27, 2007. On January 4, 2008, the District Court denied the motion for certificate of appealability and the appeal was processed to the Ninth Circuit. Now, on January 11, 2008, Petitioner comes with another notice of appeal and motion for certificate of appealability. As the motion has already been ruled upon, and the appeal has already been processed, Petitioner's motion and notice are frivolous.

1    Accordingly, IT IS HEREBY ORDERED that the notice of appeal and motion for certificate
2 of appealability filed on January 11, 2008, are STRICKEN from the record.

5 IT IS SO ORDERED.

6 **Dated:    January 18, 2008**                    /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE